# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.** |
| **v.** | : | |
| | : | **MAGISTRATE NO. 23-MJ-11** |
| **VICTOR SEAN DENNISON** | : | |
| | : | **VIOLATIONS:** |
| **Defendant.** | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in** |
| | : | **a Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in a Capitol** |
| | : | **Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or** |
| | : | **Picketing in a Capitol Building)** |

## INFORMATION

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, VICTOR SEAN DENNISON

did knowingly enter and remain in a restricted building and grounds, that is, any posted,

cordoned-off, and otherwise restricted area within the United States Capitol and its grounds,

where the Vice President was and would be temporarily visiting, without lawful authority to do

so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title
18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, VICTOR SEAN DENNISON

did knowingly, and with intent to impede and disrupt the orderly conduct of Government

1

business and official functions, engage in disorderly and disruptive conduct in and within such

proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise

restricted area within the United States Capitol and its grounds, where the Vice President was

and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt

the orderly conduct of Government business and official functions.

>(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in
>violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, VICTOR SEAN DENNISON

willfully and knowingly engaged in disorderly and disruptive conduct within the United States

Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and

disturb the orderly conduct of a session of Congress and either House of Congress, and the

orderly conduct in that building of a hearing before or any deliberation of, a committee of

Congress or either House of Congress.

>(**Disorderly Conduct in a Capitol Building or Grounds**, in violation of Title 40, United
>States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, VICTOR SEAN DENNISON

willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol

Building.

>(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40,
>United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

DATED: January 30, 2023                    MATTHEW M. GRAVES
                                           United States Attorney
                                           D.C. Bar No. 481052


                          By:    */s/ Elizabeth N. Eriksen*
                                 Elizabeth N. Eriksen
                                 VA Bar No. 72399
                                 Trial Attorney, detailed to
                                 U.S. Attorney's Office
                                 601 D Street, NW
                                 Washington, DC 20001
                                 (202) 616-4385
                                 Elizabeth.Eriksen@usdoj.gov

                                 Brendan Ballou
                                 DC Bar No. 241592
                                 Special Counsel, detailed to
                                 U.S. Attorney's Office
                                 601 D Street, NW
                                 Washington, DC 20001
                                 (202) 431-8493
                                 Brendan.Ballou-Kelley@usdoj.gov