UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 23-cr-32 (TNM) |
| v. : | |
| : | |
| VICTOR SEAN DENNISON, : | |
| : | |
| Defendant. : | |

NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Elizabeth N. Eriksen is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: February 1, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Elizabeth N. Eriksen
Elizabeth N. Eriksen
Virginia Bar No. 72399
Trial Attorney, Detailed to USAO-DC
United States Department of Justice,
Criminal Division
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov