UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                   Plaintiff,               )<br>                                                            )<br>       v.                                             )     No. 23-cr-32 (TNM)<br>                                                            )<br>VICTOR SEAN DENNISON,             )<br>                                                            )<br>                   Defendant.             )<br>_____ ) | |

## NOTICE OF APPEARANCE AS STANDBY COUNSEL

Please enter the appearance of First Assistant Federal Public Defender Michelle Peterson as standby counsel only on behalf of the defendant, Victor Sean Dennison, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

        /s/
_____
MICHELLE M. PETERSON
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Shelli_Peterson@fd.org