UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 23-cr-28 (APM)-3 |
| ) | |
| VICTOR SEAN DENNISON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF FILING

Victor Dennison, by and through counsel, hereby files notice of the two attached documents in the above captioned matter. He requested they be filed with the Court during his Arraignment hearing.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Shelli_Peterson@fd.org