# STATE OF FLORIDA
## BUREAU of VITAL STATISTICS

### CERTIFICATION OF BIRTH

STATE FILE NUMBER: 109-1974-057050

DATE ISSUED: JULY 19, 2022
DATE FILED: JULY 29, 1974

CHILD'S NAME: VICTOR SEAN DENNISON

DATE OF BIRTH: [REDACTED]

SEX: MALE

COUNTY OF BIRTH: ORANGE COUNTY

MOTHER'S NAME: WENDI GAYLE HOLLEY
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME: WALTER LEROY DENNISON

*Handwritten across document:* SURRENDER FOR MERGER (COPY) 2/11/23

, STATE REGISTRAR

REQ: 2024191575

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

WARNING:

*44643418*

DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD — Florida HEALTH