# Victor Sean Of The House and Lineage of Dennison, Child of The Most High God, Grantor of Original Jurisdiction and Beneficiary of The Resulting Trust.



# Repentance, Petition To Make Whole

2/17/23

To the venerable Clerk of The Court,

CC: JUDGE

### 3 Maxims of Trust

1) Everything is trust and there is nothing that is not trust.
2) No trust can fail for want of a trustee
3) One of the primary responsibilities of the trustee is to protect the trust.

I declare I am, known as Victor Sean of the house and lineage of those known as Dennison, near [redacted] [redacted], AMERICA REPUBLIC, coming to this matter, specially, by way of visitation as a friend of the court to recognize the trust and the trustee.

After the birth of Victor Sean of Dennison on [redacted], my mother, grantor, co-trustee and fiduciary, made application to the state of Florida for a birth certificate, which is a license to engage in commerce. The state of

Florida, on [redacted], created a new trust, VICTOR SEAN DENNISON, which then allowed Victor Sean of Dennison to participate in commerce. The state of Florida, as grantor of the newly formed trust assigned trustees for VICTOR SEAN DENNISON. Refer to case # 3:23-mj-00172-DDL issued by United States District Court for the District of Columbia.

I am beneficiary of VICTOR SEAN DENNISON trust. I repent of all trespasses I committed against the trust. I did so out of ignorance and ask the court for forgiveness. I made a mistake. I DID NOT KNOW I WAS IN THE CORPORATE ZONE. HAD I KNOWN, I PROBABLY WOULDN'T HAVE GONE AT ALL.

Upon my religious and other studies with understanding and education of the matter, I, Victor Sean of Dennison, child of God, hereby declare that I am not surety for the commercial trust! I recognize The United States District Court for D.C., trustee for VICTOR SEAN DENNISON.

As a friend of the court I, Victor Sean of Dennison, encourage the court to perform the duties of trustee and protect the trust from unsubstantiated claims brought by unvetted parties.

**It looks as though there have been pirates and privateers afoot, which have attempted an attack on the VICTOR SEAN DENNISON trust.**

**I thank you for looking after the trust. I kindly ask for you to look into the matter, for I have no access to the accounting of the trust, and I am relying on the trustee. All future communications which are matters of the trust, are to be served upon the Clerk of the Court ~~trustee,~~** AT UNITED STATES DISTRICT COURT FOR D.C.,

PETITION TO MAKE WHOLE

**Me and my property have been damaged, my peace has been stolen from me without cause. My SUV was ransacked and stolen from me. My** TWO **iPhones, iPad and Laptop were taken from me. I was kidnapped against my will, man handled, threatened with guns, my body dragged, shackled, bruised, degraded and imprisoned without warrant and without merit. My life was threatened. I have suffered in myriad ways including mental anguish. I have been damaged. My property has been damaged. If my body is owned by anyone, it's owned by God Almighty. It's in trust.**

**I am petitioning the court so that I can be made whole. I want to be made whole again. I am asking to be made whole again at the discretion of trustee's determination.**

**Thank you for your forthright administration of the trust, and care and protection of the beneficiary.**

**Equity being synonymous with fairness in trust law, I recognize the maxim of equity: "Equity will not aid a volunteer." And I do not volunteer to participate in this commercial system. I am here by divine special appointment.**

**By:** Victor Sean of Dennison beneficiary