UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | )   **23-CR-32 (TNM)** |
| **VICTOR DENNISON,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION TO MODIFY CONDITIONS OF SUPERVISION**

Mr. Dennison, through counsel, respectfully requests that the Court modify his conditions of supervision as discussed at the arraignment earlier this week, to allow him to reside in Deland, Florida. He has contacted DC Pretrial to provide his exact address and to make arrangements to be supervised in Florida.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____

Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

1