IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | No.    23-cr-32 (TNM) |
| VICTOR DENNISON ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER**

Upon the unopposed request of the defendant, Mr. Victor Dennison, it is HEREBY ORDERED that Mr. Dennison shall be permitted to reside at the address in Deland, Florida, that has been provided to Pretrial Services. Pretrial Services shall make the necessary arrangements for courtesy supervision in Florida if possible. All other conditions of release remain the same.

_____

The Honorable Trevor N. McFadden

United States District Court Judge