UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 23-cr-32 (TNM) |
| v. | : | |
| | : | |
| VICTOR SEAN DENNISON, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR STATUS HEARING**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully requests that this Court to set a status hearing in this matter to ensure that the parties are prepared to begin trial on June 5. In support whereof, the government states as follows:

1. The defendant was charged by criminal complaint on January 12, 2023, on charges of Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). The defendant was arrested in the Southern District of California, on January 12, 2023. On January 30, 2023, the defendant was charged by Criminal Information (ECF No. 6) on the same charges detailed above.

2. The defendant made his initial appearance in this district on February 7, 2023, but arraignment on the Information was postponed until February 9, 2023. Because of the difficulty arraigning the defendant via videoconference, the Court ordered the defendant to appear in-person, on February 17, 2023 at 2:30 p.m., to be arraigned.

3. On February 17, 2023, the defendant did not appear at the scheduled time. The Government asked for, and the Court issued, a bench warrant for the defendant's failure to appear. The defendant ultimately appeared 40 minutes late, at approximately 3:10 p.m., and the Court then attempted to hold the arraignment. However, because the defendant again refused to be arraigned, the Court ordered the defendant remanded into custody, and re-set the arraignment for the next business day, February, 21, 2023.

4. On February, 21, 2023, the defendant was arraigned on the charges alleged in the Criminal Information. He pleaded not guilty to all charges, and after a thorough inquiry from the Court, the defendant was permitted to represent himself with the Federal Public Defender appointed to serve as standby counsel. The defendant was then released under the same conditions of release imposed in magistrate court.

5. Per the Court's standing order, motions *in limine* were due six weeks before trial (April 24), and the parties' proposed voir dire questions and jury instructions are due two weeks before trial (May 22).

6. On March 15, 2023, the court held a status conference via videoconference and ordered the parties to appear for a pre-trial conference and jury trial at 9:00 a.m. on June 5, 2023. The Court advised there would be no further hearings or court appearances prior to that date.

7. Since the last status conference, the Government has endeavored to communicate via phone, text and email with the defendant to no avail. Stand-by counsel, Assistant Federal Defender Ubong Akpan, has advised the government that she is not permitted to speak for the defendant, and as such, has not been able to facilitate a conversation between the parties. Pursuant to a letter sent by the defendant to the court on April 24, the

government has been sending correspondence and other case materials to the defendant via FedEx at the address in Florida the defendant provided.

       8.       On May 3, 2023, the government sent a plea offer to the defendant. This week, the government send proposed voir dire questions, jury instructions, and stipulations to the defendant. The government copied standby counsel on this outreach. To date, the government has not received any response from the defendant. Attempts to call him have failed—his phone does not appear to accept phone calls—and text messages have been unreturned.

       9.       Given this, we believe it is important to confirm that the defendant is prepared, or is preparing for, trial on June 5. Additionally, the government intends to call an agent who will need to travel from the west coast, and therefore travel arrangements need to be made. If trial will not proceed on June 5, it would be helpful to save the expense and travel time for the agent.

WHEREFORE the government respectfully requests that the Court set a status conference as soon as possible to allow the parties to communicate about the outstanding items in the Court's Standing Order and also to determine if the defendant is prepared to go forward with the jury trial currently scheduled for June 5, 2023.

Respectfully submitted,

DATED: May 19, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Brendan Ballou
Brendan Ballou
DC Bar No. 241592
Special Counsel, detailed to the
United States Attorney's Office
601 D Street NW
Washington, DC 20001
(202) 431-8493
brendan.ballou-kelley@usdoj.gov

*/s/ Elizabeth N. Eriksen*
Elizabeth N. Eriksen
Virginia Bar No. 72399
Trial Attorney, Detailed to USAO-DC
United States Department of Justice,
Criminal Division
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov