**Alexi Ehrlich**

| | |
|---|---|
| **From:** | Victor Sean of Dennison, trust protector <seandennison4@gmail.com> |
| **Sent:** | Saturday, June 3, 2023 11:56 AM |
| **To:** | Akpan, Ubong (FD) |
| **Cc:** | Alexi Ehrlich; Sofia Kollaian; brendan.ballou-kelley@usdoj.gov; elizabeth.eriksen@usdoj.gov |
| **Subject:** | Re: USA v. Dennison (23-cr-32) - trial on Monday |
| **Attachments:** | IMG_4664.jpeg; IMG_4839.jpeg |

FIAT
[signature] USDJ
6/5/23

**CAUTION - EXTERNAL:**

### Victor Sean of the house and lineage of Dennison
### Child of God
### Grantor of Original Jurisdiction and Beneficiary of The Resultant Trust
### American Freeman

### America Republic

Everything is Trust and there is nothing that is not Trust.

No Trust can fail for want of a Trustee.

The primary responsibility of the Trustee is to protect and defend the Trust.


Dear Ubong,


I need to ask you, How can Judge McFadden lawfully issue forth a bench warrant after the court has already received, obtained and has custody of the surrendered legal person? And wouldn't any actions against the trust be a war crime? Are you trying to compel the beneficiary to put his life in danger?

I, beneficiary, do not understand your communication nor the language within your letter.

I do not recognize the title of "Mr." This is a contentious point to me because I can't tell you how many times I have mentioned this to you all. Yet somehow you all keep doing it! Another important point, you, Ubong, and I, Victor Sean of Dennison, have no valid contract. You cannot represent a living man. I'm a living man. An attorney can only represent the dead. When you use the words "you" and "your" are you referring to a dead entity? Are you trying to summon the dead? Or do you mean the living breathing man? The reason I ask is, the court has already recognized that I am the living breathing man. So please clarify. Please see attached image which evidences this point.

And with crime rampant and all new highest ever crime stats in the District of Columbia, The DA of District of Columbia, Matthew W. Graves, continues to choose to pursue only J6ers, stating he wants another 1000 charged and arrested, meanwhile the people of DC suffer highest crime rates ever due to Matthew W. Graves' politically charged passion project which is not rooted in seeking justice or lawfulness. He is in collusion with enemies of the American people which is treason. Yet he goes unchecked? BLM and ANTIFA get free reign to burn cities down and they had a track record of showing up at every other conservative political event and Trump rally but by the grace of God, those groups didn't show up at all on J6. Or did they? I suspect they were there disguised as Trump supporters with intention to instigate violence and have it appear as if it was Trump supporters.

Let it be known the Provost Marshal has been noticed. Please be advised. Ethics must go in regarding this matter! Our founding fathers warned that it might come down to We The People, now here I stand putting ethics in on the foreign court system. But we must put ethics in on this court and this planet! Once ethics goes out, it becomes the swan song of a dying culture.

If I do not hear from you in response to this email in specificity to the questions asked under sworn penalty of perjury with supporting fact, law and evidence as well then all of you who have been noticed by this email agree that everything I state in this email / letter is true and factual and it stands.

Good day,

Victor Sean of Dennison trust protector

On Fri, Jun 2, 2023 at 11:46 AM Ubong Akpan <Ubong_Akpan@fd.org> wrote:

> Good morning, Mr. Dennison,
>
> I received your email address from Judge McFadden's law clerk. As standby counsel, I must inform you that **you must appear for trial on Monday, June 5th at 9:00 am**, at the U.S. District Court for the District of Columbia in Judge McFadden's courtroom. If you do not, the Judge can issue a bench warrant and you can then be arrested and detained pending trial. You also need to comply with the Pretrial Services Agency's (PSA) requests. Please provide them with your itinerary before you travel.
>
> Thank you.
>
> Sincerely,
>
> Ubong E. Akpan

3

US POSTAGE PITNEY BOWES
$000.60⁰
ZIP 20001
02 1W
0001399957 MAY 23 2023

CAPITAL DISTRICT
23 MAY 2023 PM 6 L

UNITED STATES DISTRICT AND
BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Victor Sean of Dennison
1392 Brayford Point
Deland, Florida America Republic

32724-735892



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

Dear _Victor Sean_:

The enclosed document is being returned for the following reason(s):