Everything is Trust and there is nothing that is not Trust.

No Trust can fail for want of a Trustee.

The primary responsibility of the Trustee is to protect and defend the Trust.

Trevor N. McFadden Judge

U.S. District Court District of Columbia

333 Constitution Avenue N.W.

Washington, District of Columbia 20001

Leave to file GRANTED

*[signature]*

TREVOR N. MCFADDEN
United States District Judge

6/16/23

Angela D. Caesar Clerk of Court

U.S. District Court District of Columbia

333 Constitution Avenue N.W.

Washington, District of Columbia 20001

Dear Trevor and Angela trustees,

The beneficiary acknowledges and accepts your trusteeship. Thank you. You Trevor trustee and you Angela trustee. Please let it be known that I come as a friend of the court. I am a neutral body. I'm a non-combatant. I'm not an enemy of the state. My body is not to be used as surety.

Thank you for your forthright trusteeship. Thank you for protecting the trust and for protecting the beneficiary. God bless you and be with you every step and every breath.

God is

**"Thou shalt not bear false witness against thy neighbor"** (Exodus 20:16)

This letter serves as affidavit of truth/divine special visitation with regard to the foreign court's scheduled hearing for VICTOR SEAN DENNISON on June 5ᵗʰ 2023 per the below schedule:

| | | | | |
|---|---|---|---|---|
| 23-cr-0032:  USA v. DENNISON | Judge Trevor N. McFadden | 09:00AM | Courtroom 2- In Person | Pretrial Conference |
| 23-cr-0032:  USA v. DENNISON | Judge Trevor N. McFadden | 10:30AM | Courtroom 2- In Person | Jury Selection |
| 23-cr-0032:  USA v. DENNISON | Judge Trevor N. McFadden | 10:30AM | Courtroom 2- In Person | Jury Trial |

Let it be known that, I, victor sean of dennison, the living breathing man created by the most high God, beneficiary, trust protector, am not to be confused with the legal fiction known as VICTOR SEAN DENNISON trust.   The court already has custody of the legal person instrument known as birth certificate marked "surrender for merger" since February 21ˢᵗ, 2023.   As a courtesy to the court, I have attached yet another copy of said instrument to make certain that the court has it in their possession.   Please see attached rebuttals to the 12 presumptions of the foreign court in the form of an affidavit.

From: victor-sean: dennison

_____

victor-sean: dennison - Creator victor-sean: dennison - Care of 1392 Brayford Point, Deland Florida (ZIP CODE exempt) Without the United States, America Republic, Executor/Authorized Signatory for: VICTOR SEAN DENNISON - VESSEL_____

Affidavit in the Form of Formal Challenge to the Twelve Presumptions of Court
_____

To Whom it may Concern: THE UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA ABOVE ALL PRIVATE FOR PROFIT CORPORATIONS FOREIGN ACTORS UNDER COLOR OF LAW Notice to Agent(s) is Notice to Principal(s) - Notice to Principal(s) is Notice to Agent(s) Appearance of Impropriety          and          Scheme          of          Artifice

God is

Love

333 Constitution Avenue NW, Washington, DC 20001 RE315482381404US RE 315482418US Attn: United States District Court of District of Columbia, and all Magistrates, Administrators, Judges, Clerks, Prosecutors, (Attorneys), Agent(s), Agencies, Bailiffs, and any and all other agent(s) and representative(s) therein and without: LET IT BE KNOWN: All shall be considered rebutted. Canon 3228 A Roman Court does not operate according to any true rule of law, but by presumptions of the law. Therefore, if presumptions presented by the private Bar Guild are not rebutted they become fact and are therefore said to stand true [Or as truth in commerce ]. There are twelve (12) key presumptions asserted by the private Bar Guilds which if unchallenged stand true being Public Record, Public Service, Public Oath, Immunity, Summons, Custody, Court of Guardians, Court of Trustees, Government as Executor/Beneficiary, Executor De Son Tort, Incompetence, and Guilt; all of the aforementioned twelve (12) presumptions are attempted to be implemented in this United States District Court of District of Columbia and as pursuant to this Affidavit have now been rebutted in their entirety as stated herein. Definition of presumption: 1. An idea that is taken to be true on the basis of probability: As a presumption, to be true, must be agreed by the parties then and Equally. 2. An inference in favor of a particular fact. A rule of law, statutory or judicial, by which finding of a basic fact gives rise to existence of presumed fact, until presumption is rebutted. 3. A presumption is an assumption of fact that the law requires to be made from another fact or group of facts found or otherwise established in the action. ● A presumption is not evidence ● A presumption is either conclusive or rebuttable. ● Every rebuttable presumption is either (a) a presumption affecting the burden of producing evidence or (b) a presumption affecting the burden of proof. If one party challenges the presumption to be true on the basis of probability, then all that is required to remove the presumption is a formal challenge to that presumption. The presumption then, has no standing or merit in Fact. Definition of probability: 1. The extent to which something is probable; the likelihood of something happening or being the case. By definition, then, this is not substantive as it is only a probability of what may be and therefore has no substance, in material fact. LET IT NOW BE KNOWN: A Federal Court does not operate according to any true rule of law, but by presumptions (color) of the law; legislative regulation. NOW LET IT BE KNOWN: My Formal Rebuttal

God is

All

And Challenge to the Twelve (12) Presumptions of the Aforementioned Court:
(i) The Presumption of Public Record is that any matter brought before a Federal
Court is a matter for the public record when in fact it is presumed by the members
of the private Bar Guild that the matter is a private Bar Guild business matter.
Unless openly rebuked and rejected by stating clearly the matter is to be on the
Public Record, the matter remains a private Bar Guild matter, completely under
private Bar Guild rules; I, victor-sean: dennison, a living soul, the undersigned
formally challenge the Presumption of Public Record as it is, by definition, a
presumption and has no standing or merit in presentable or material fact.
Furthermore, I, victor-sean: dennison, a living soul, demand that this matter is
to be on the public record.  (ii) The Presumption of Public Service is that all the
members of the Private Bar Guild who have all sworn a solemn secret absolute
oath to their Guild then act as public agents of the Government, or "public
officials" by making additional oaths of public office that openly and deliberately
contradict their private "superior" oaths to their own Guild. Unless openly
rebuked and rejected, the claim stands that these private Bar Guild members are
legitimate public servants and therefore trustees under public oath; I, Victor-
sean: dennison, a living soul, the undersigned formally challenge the
Presumption of Public Service as it is, by definition, a presumption and has no
standing or merit in presentable or material fact.  A corporation is a private
entity, and all corporation bylaws are generated within the corporation for
corporate purposes.  I, victor-sean: dennison, a living soul, am not obligated to a
duty or obligation of performance to those standards without a physical tangible
contract. If you have a physical, tangible contract, please present.  (iii) The
Presumption of Public Oath is that all members of the Private Bar Guild acting
in the capacity of "public officials" who have sworn a solemn public oath, remain
bound by that oath and therefore bound to serve honestly, impartially and fairly
as dictated by their oath.  Unless openly challenged and demanded, the
presumption stands that the Private Bar Guild members have functioned under
their public oath in contradiction to their Guild oath.  If challenged, such
individuals must recuse themselves as having a conflict of interest and cannot
possibly stand under a public oath; I, victor-sean: dennison, a living soul, the
undersigned formally challenge the Presumption of Public Oath as it is, by
definition a presumption, and has no standing or merit in presentable or material
fact.  Furthermore, I, victor-sean: dennison, a living soul, demand that all
members of the Private Bar Guild acting in the capacity of "public officials"

honor their sworn solemn public oath, and thereby remain bound by that public oath and therefore bound to serve honestly, impartially and fairly as dictated by their public oath. If any or all members of the Private Bar Guild refuse to act upon their public oath, they must recuse themselves immediately for having a conflict of interest. (iv) The Presumption of Immunity is that key members of the Private Bar Guild in the capacity of "public officials" acting as judges, prosecutors and magistrates who have sworn a solemn public oath in good faith are immune from personal claims of injury and liability. Unless openly challenged and their oath demanded, the presumption stands that the members of the Private Bar Guild as public trustees acting as judges, prosecutors and magistrates are immune from any personal accountability for their actions; I, victor-sean: dennison, a living soul, the undersigned formally challenge the Presumption of Immunity, as it is by definition a presumption, and has no standing or merit in presentable or material fact. Furthermore, I, victor-sean: dennison, a living soul, demand that all "public officials" acting as judges, prosecutors and magistrates, honor their solemn public oath in good faith. (v) The Presumption of Summons is that, by custom, a summons unrebutted stands and therefore one who attends Court is presumed to accept a position (defendant, juror, witness) and jurisdiction of the court. Attendance at court is usually invitation by summons. Unless the summons is rejected and returned, with a copy of the rejection filed prior to choosing to visit or attend, jurisdiction and position as the accused and the existence of "guilt" stands; I, victor-sean: dennison, a living soul, the undersigned, formally challenge the Presumption of Summons as it is by definition a presumption, and has no standing or merit in presentable or material fact. Furthermore, I, victor-sean: dennison, a living soul, as pursuant to this affidavit, now, formally reject any and all summons or invitation(s) to appear, visit, or attend above mentioned court or any and all other subsidiary or cooperative(s) court(s) in association or affiliation with above mentioned court. I, victor-sean: dennison, a living soul, am only subject to the laws of God and Nature, and not to legislative regulation except by open and disclosed contract, or consent of the same. (vi) The Presumption of Custody is that by custom a summons or warrant for arrest unrebutted stands and therefore one who attends Court is presumed to be a thing and therefore liable to be detained in custody by "Custodians". Custodians may only lawfully hold custody of property and "things/res" not flesh and blood soul possessing beings. Unless this presumption is openly challenged by rejection of summons at court,

the presumption stands you are a thing and property and therefore lawfully able to be kept in custody by custodians; I, victor-sean: dennison, a living soul, the undersigned, formally challenge the Presumption of Custody as it is by definition a presumption, and has no standing or merit in presentable or material fact. Furthermore, I, victor-sean: dennison, a living soul, am a living breathing man of flesh and blood, and of the consciousness of self-determination as I have been granted as such by God the Creator in the likeness of God the creator's image and as pursuant to this Affidavit Declaration of Truth, formally reject and rebut any and all summons and warrant(s) at above mentioned court, or any and all other subsidiary or cooperative(s) court(s) in association or affiliation with above mentioned court.  (vii) The Presumption of Court of Guardians (power of attorney) is the presumption that as you may be listed as a "resident" of a ward of a local government area and have listed on your "passport" the letter P, you are a pauper and therefore under the "Guardian" powers of the government and its agents as a "Court of Guardians".  Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default a pauper, and lunatic and therefore must obey the rules of the clerk of guardians (clerk of magistrates court); I, victor-sean: dennison, a living soul, the undersigned formally challenge the Presumption of Guardians as it is by definition a presumption, and has no standing or merit in presentable or material fact. Furthermore, I, victor-sean: dennison, a living soul, am of conscious and competent mind, have within my possession both silver and gold and thus I, victor-sean: dennison, a living soul, am not a pauper, and furthermore I, victor-sean: dennison, a living soul am both a general guardian and general executor of the matter (trust) before the court.  (viii) The Presumption of Court of Trustees (trust law) is that members of the Private Bar Guild presume you accept the office of trustee as a "public servant" and "government employee" just by attending a Roman Court, as such Courts are always for public trustees by the rules of the Guild and the Roman System.  Unless this presumption is openly challenged to state you are merely visiting by "invitation" to clear up the matter and you are not a government employee or public trustee in this instance, the presumption stands and is assumed as one of the most significant reasons to claim jurisdiction - simply because you "appeared"; I, victor-sean: dennison, a living soul, the undersigned formally challenge the Presumption of Trustees as it is by definition a presumption, and has no standing or merit in presentable or material

fact. Furthermore, I, victor-sean: dennison, a living soul, am merely visiting by "invitation" to clear up the matter and I, victor-sean: dennison, a living soul, am not a government employee or public trustee in this instance but rather beneficiary (authorized signatory for any derivation of the commercial, trademark name(s) for victor-sean: dennison) of a Public Charitable Trust. (ix) The Presumption of Government acting in two roles as Executor and Beneficiary is that for the matter at hand, the Private Bar Guild appoints the judge/magistrate in the capacity of Executor while the Prosecutor acts in the capacity of Beneficiary of the trust for the current matter. If the accused does seek to assert their right as Executor and Beneficiary over their body, mind and soul they are acting as an Executor De Son Tort or a "false executor" challenging the "rightful" judge as Executor. Therefore, the judge/magistrate assumes the role of "true" executor and has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged to demonstrate you are both the true general guardian and general executor of the matter (trust) before the court, questioning and challenging whether the judge or magistrate is seeking to act as Executor De Son Tort, the presumption stands and you are, by default, the trustee and therefore must obey the rules of the executor (judge/magistrate) or you are an Executor De Son Tort and a judge or magistrate of the private Bar guild may seek the assistance of bailiffs or sheriffs to assert their false claim against you; I, victor-sean: dennison, a living soul, the undersigned, formally challenge the Presumption of Government acting in two roles as Executor and Beneficiary as it is by definition a presumption, and has no standing or merit in presentable or material fact. Furthermore, as pursuant to this Affidavit Declaration of Truth, I, victor-sean: dennison, a living soul, now formally assert my right as Executor and Beneficiary over my body, mind, soul and property, tangible (my blood, DNA, car(s), real estate, estate(s), trust(s), son(s), daughter(s)/progeny, etc.) and intangible (intellectual property, retinal scan(s), digital scans of finger/thumb prints, my likeness, or photos of my property etc.), which includes all rights. Furthermore, I, victor-sean: dennison, a living soul, am both the true general guardian and general executor of this matter (trust) before the court, and hereby question and challenge whether the judge or magistrate and any and all other representative(s) or agent(s) of above mentioned court are seeking to act as Executor De Son Tort. (x) The Presumption of Agent and Agency is the presumption that under contract law you have expressed and granted authority to the Judge and

Magistrate through the statement of such words as "recognize, understand" or "comprehend" and therefore agree to be bound to a contract. Therefore, unless all presumptions of agent appointment are rebutted through the use of such formal rejections as "I do not recognize you", to remove all implied or expressed appointment of the judge, prosecutor or clerk as agents, the presumption stands and you agree to be contractually bound to perform at the direction of the judge or magistrate; I, victor-sean: dennison, a living soul, the undersigned formally challenge the Presumption of Agent and Agency as it is by definition a presumption, by definition, and has no standing or merit in presentable or material fact. Furthermore, I do not recognize, comprehend nor understand the above mentioned court's offer to contract with me, thus, I now, as pursuant to this Affidavit Declaration of Truth, formally remove all implied or expressed appointment of the judge, prosecutor or clerk, (and any and all representative(s) of above mentioned court therein), as agent(s) dealing in securities in the name of victor-sean: dennison or any derivation thereof, thereby nullifying any and all attempt(s) by the above mentioned court's to contract with me. (xi) The Presumption of Incompetence is the presumption that you are at least ignorant of the law, therefore incompetent to present yourself and argue properly. Therefore, the judge/magistrate as executor has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged to the fact that you know your position as executor and beneficiary and actively rebuke and object to any contrary presumptions, then it stands by the time of pleading that you are incompetent then the judge or magistrate can do what they need to keep you obedient. I, victor-sean: dennison, a living soul, the undersigned formally challenge the Presumption of Incompetence as it is by definition a presumption, and has no standing or merit in presentable or material fact. Furthermore, I, victor-sean: dennison, a living soul, know my position as executor and beneficiary, and thereby actively rebuke and object to any contrary presumption(s) (by the above mentioned court and all parties therein). (xii) The Presumption of Guilt is the presumption that as it is presumed to be a private business meeting of the Bar Guild, you are guilty whether you plead "guilty", do not plead or plead "not guilty". Therefore, unless you either have previously prepared an affidavit of truth and motion to dismiss with extreme prejudice onto the public record or call a demurrer, then the presumption is you are guilty and the private Bar Guild can hold you until a bond is prepared to guarantee the amount the guild wants to profit from you. I, victor-

God is

Love

sean: dennison, a living soul, the undersigned formally challenge the Presumption of Guilt as it is by definition a presumption, and has no standing or merit in presentable or material fact.   THEREFORE, NOW LET IT BE KNOWN: I, victor-sean: dennison, a living soul, the undersigned, formally challenge all twelve (12) of these (and any and all other) presumption(s) of court, and as I have formally challenged all the twelve presumptions of court, and any others unstipulated, then the presumption of court formally has no substance in material fact. I, victor-sean: dennison, a living soul, will recognize the rule of law when, and only when there is the material evidence of, that assumed rule of law has some material evidence of substance in presentable material fact.  Until then, the search, for the rule of law that has some credibility in material fact, continues. Man is only subject to the laws of Nature and Creation. "Person(s)" or "person(s)", as defined by legal societies, are subject to legislative regulation by contract law as a means of control.  A man is self-governing.  CONCLUSION: This Affidavit is lawful notification to you, and is hereby made and sent to you pursuant to the original Constitution for the united States of America 1789, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX and X, and requires your written rebuttal to me, in kind, specific to each and every point of the subject matter stated herein, within seven (7) days, via your own sworn and notarized affidavit, using true fact, valid law and evidence to support your rebuttal of the specific subject matter stated in this Affidavit.  You are hereby noticed that your failure to respond, in kind, as stipulated, and rebut, with particularity and specificity, anything with which you disagree in this Affidavit, is your lawful, legal and binding tacit agreement with and admission to the fact that everything in this Affidavit is true, correct, legal, lawful, and fully binding upon you in any court in America, or without America, and that includes any court in the "U.S.", "USA" or the "United States" or the "United States of America" (Inc.) or any derivation thereof which denotes a corporation, without your protest or objection and that of those who represent you.  Your silence is your acquiescence.  See: Connally v. General Construction Co., 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: U.S. v. Tweel, 550 F. 2d. 297.  "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."  It is done.

God is Air

*Victor Sean of Dennison beneficiary trust protector*

Victor Sean of Dennison beneficiary trust protector

God is

Love



# APMEX
*Investments You Hold™*

Gues

# Details For Order Number: 31751687

Order Status: **Order Processing**

## Order Information

| | |
|---|---|
| **Order Number:** | 31751687 |
| **Order Date:** | 5/5/2023 1:44:39 AM |
| **Currency:** | US Dollar |
| **Payment Method:** | Credit Card |
| | (See payment instructions below) |
| **Shipping Address:** | Victor Dennison, |
| | 1392 Brayford Point, America Republic, |
| | zip code exempt, |
| | DeLand, FL, 32724, USA |

## Order Summary

| Item Description | | Ext. Price |
|---|---|---|
| | 1 gram Gold Bar - Holy Peace (In Assay) | $115.84 |
| | 1 oz Silver Round - Fou Franklin \| Free Speech | $33.76 |
| | | **$149.60** |
| | | **$9.72** |
| | | **$13.90** |
| | | **$173.22** |



**FL**    THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.    HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.    **FL**

STATE OF FLORIDA

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

STATE FILE NUMBER:   **109-1974-057050**

DATE ISSUED:  **APRIL 13, 2023**

DATE FILED:    **JULY 29, 1974**

CHILD'S NAME:    **VICTOR  SEAN  DENNISON**

DATE OF BIRTH:    **JULY 20, 1974**

SEX:    **MALE**

COUNTY OF BIRTH:    **ORANGE COUNTY**

MOTHER'S NAME:    **WENDI  GAYLE  HOLLEY**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME:    **WALTER  LEROY  DENNISON**

*Ken Jones* , **STATE REGISTRAR**

REQ:  **2025138112**

VOID IF ALTERED OR ERASED

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER-MARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)

**CERTIFICATION OF VITAL RECORD**

* 4 6 4 2 5 8 7 2 *


Florida HEALTH

Surrender for Merger

Dear Trevor,

The United States

District Court DC

has acknowledged me

as the living man, twice.

Victor Sean of Dennison,
beneficiary

Dear Honor,

The United States

District Court DC

has acknowledged me

as the living man/twice.

Victor Sean of Dennison,
beneficiary

By: _____

Deputy Clerk (202) 354-3120

Date 5/18/23

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001



Dear _____ Victor Sean _____:

Victor Sean
1392 Brayford Point

By: _____

Deputy Clerk (202) 354-3120

Date ___5/4/23___

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001



Dear Victor Sean of Dennison:

UNITED STATES DISTRICT AND
BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Victor Sean of Dennison
1392 Brayford Point
Deland, Florida America Republic



CAPITAL DISTRICT
23 MAY 2023PM 6 L



US POSTAGE — PITNEY BOWES

ZIP 20001
02 1W
0001349957 MAY 23 2023

$ 000.60°



**Adversa virtute repello**

**Dennison**

Victor Sean of the house and lineage of Dennison
Child of God
Grantor of Original Jurisdiction and Beneficiary of The Resultant
Trust
American Freeman

Near: 1392 Brayford Point
Deland, Florida
America Republic

It is the duty of the people to stand up as the faithful and wise stewards.

Luke 12:42