Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   23-32   (TNM)

VICTOR SEAN DENNISON   Category   A

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  1/26/2024  from  Judge Trevor N. McFadden

to  Calendar Committee  by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:   Judge Trevor N. McFadden   & Courtroom Deputy
Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk