AO 442 (Rev. 01/09) Arrest Warrant

1961955

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>VICTOR SEAN DENNISON<br><br>Defendant | )<br>)<br>)  Case No.  23-cr-32 (TNM)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   VICTOR SEAN DENNISON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:
  Bench warrant. Defendant failed to appear for his hearing.

Date: 06/05/2023

*Issuing officer's signature*

City and state:   Washington, DC

M. Chaclan, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* 06/05/2023, and the person was arrested on *(date)* 04-22-2024
at *(city and state)* Clearwater, Florida.

Date: 04-22-2024

*Arresting officer's signature*

Special Agent Brendan Terry
*Printed name and title*