AO 442 (Rev. 01/09) Arrest Warrant

1961955

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>VICTOR SEAN DENNISON<br><br>Defendant | ) ) ) ) ) )  Case No. 23-cr-32 (TNM) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* VICTOR SEAN DENNISON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:
Bench warrant. Defendant failed to appear for his hearing.

Date: 06/05/2023

*Issuing officer's signature*
Helen M Chaclan

City and state: Washington, DC

M. Chaclan, Courtroom Deputy
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/05/2023, and the person was arrested on *(date)* 04-22-2024
at *(city and state)* Clearwater, Florida.

Date: 04-22-2024

*Arresting officer's signature*

Special Agent Brendon Terry
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-mj-1627 AEP | DATE: | April 23, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | INTERPRETER: | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR SEAN DENNISON | | LANGUAGE: | |
| | | **GOVERNMENT COUNSEL**<br>Dan Marcet AUSA | |
| | | **DEFENSE COUNSEL**<br>Pro se | |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Lynne Vito |
| TIME: 3:02 to 3:25 | TOTAL: 23 min | PRETRIAL: | |
| | | COURTROOM: | 10A |

PROCEEDINGS:   Rule 5 – Bench Warrant – failure to appear – District of Columbia

Defendant ARRESTED 4/23/2024

Defendant states he is not the defendant. Defendant wants to proceed pro se. Does not want stand-by counsel.

Court advised of rights and charges.

Court finds defendant is competent. Defendant can proceed pro se.

Identity hearing held.

Brandon Perry sworn for purposes of identity hearing.

Court finds probable cause and finds the defendant is the person charged.

Government is seeking detention.

Defendant waives on the issue of bond.


Court: defendant is detained.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
| --- | --- |
| v. | TO ANOTHER DISTRICT |
| VICTOR SEAN DENNISON | CASE NO.  8:24-MJ-1627 AEP |

| CHARGES ||| 
| --- | --- | --- |
| Charging Document | Statute | Charging District |
| BENCH WARRANT | 18 U.S.C. 3146 | District of Columbia |
|  |  | 23-cr-32 TNM |
| Description: bench warrant – failure to appear |||

| PROCEEDINGS |
| --- |
| BOND STATUS: Defendant is detained. Defendant is requesting a bond hearing in charging district. |
| COUNSEL: Defendant is proceeding pro se |
| Other: Identity hearing HELD |
| INTERPRETER: n/a |

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **VICTOR DEAN DENNISON** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

April 23, 2024

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |

CLOSED, CUSTODY

# U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: 8:24-mj-01627-AEP All Defendants

| | |
|---|---|
| Case title: USA v. Dennison | Date Filed: 04/23/2024 |
| Other court case number: 23-cr-32 (TNM) District of Columbia | Date Terminated: 04/23/2024 |

Assigned to: Magistrate Judge Anthony E. Porcelli

**Defendant (1)**

**Victor Sean Dennison**  represented by  **Victor Sean Dennison**
*TERMINATED: 04/23/2024*                     ATTORNEY TO BE NOTICED
                                             *Designation: Waived or Self (Pro Se)*

**Pending Counts**                           **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                               **Disposition**

18:3146A.F PENALTY FOR FAILURE TO
APPEAR

---

**Plaintiff**

**USA**                          represented by   **David Pardo**
                                                  DOJ-USAO
                                                  Tampa Office
                                                  400 North Tampa Street
                                                  Suite 3200
                                                  Tampa, FL 33602
                                                  813-274-6000

Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2024 | 1 | Arrest pursuant to Rule 40 of Victor Sean Dennison from the District of Columbia. (LV) (Entered: 04/23/2024) |
| 04/23/2024 | 2 | ***CJA 23 Financial Affidavit by Victor Sean Dennison. (LV) (Entered: 04/23/2024) |
| 04/23/2024 | 3 | Minute Entry for In Person proceedings held before Magistrate Judge Anthony E. Porcelli: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 4/23/2024 as to Victor Sean Dennison from the District of Columbia. (digital) (LV) (Entered: 04/30/2024) |
| 04/23/2024 | 4 | **COMMITMENT TO ANOTHER DISTRICT as to Victor Sean Dennison. Defendant committed to the District of Columbia. Signed by Magistrate Judge Anthony E. Porcelli on 4/23/2024. (LV)** (Entered: 04/30/2024) |
| 04/23/2024 |   | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Victor Sean Dennison regarding your case number: 1:2023cr00032 TNM. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (LV) (Entered: 04/30/2024) |