April 24, 2024

Trevor N McFadden, Judge

United States District Court; District of Columbia

333 Constitution Ave., N.W.

Washington, D.C. 2000l



Leave to file GRANTED
TREVOR N. MCFADDEN 5/8/24
United States District Judge

Dear Judge McFadden,

I am sending this document on behalf of my son Victor Sean Dennison to confirm that he did participate in a common law court proceeding at your suggestion.  When the U S Marshalls came to my door looking for Sean after he had left my home, I didn't realize that he wanted me to give them this document at that time. Please forgive my ignorance regarding this matter, and accept these documents that will hopefully clear up this matter. Sean is now being held at the Pinellas County Jail facility.

Thank you for your consideration,

Wendi G Kern

1392 Brayford Court

Deland, FL 32724

(407) 314-7397

Cc:  Angela D. Caesar; Clerk of Court



RECEIVED
Mail Room

APR 29 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

On the land known as Florida, as part of the Union Republic of America, the Sovereign People hereof gather as One to weigh and measure the following:

UNITED STATES

v.

VICTOR
SEAN DENNISON

Case Numbers
1:23-MJ-00011-GMH
23 MJ 0172
0974 3:23-00172M -004

23-MJ-11
1:23-CR-0032-TNA
1:23-CR-00032-TNI
23-CR-32 (TNM)
1:23-CR-32

## Introduction

In the Spirit of Truth, Liberty, Transparency, Law, Justice and Goodwill towards mankind, let the Letter and Intent of the Law be presented to accomplish the aforementioned merits in regards to the matter brought forth by and regarding one of our people.

Let it be known, that at great sacrifice, the Grantors of Original Jurisdiction and those who fought along their side, gave unto us a nation and government of the People, by the People, and for the People. May we honor their sacrifice and uphold the principles that were deemed worthy by the Creator to qualify for His Divine intervention on their behalf.

### Intent of the Law of the Land for We the People

1. To form a more Perfect Union.
2. Establish Justice.
3. Insure Domestic Tranquility.
4. Provide for the Common Defense.
5. Promote the General Welfare.
6. Secure the Blessings of Liberty to Ourselves and Posterity.
7. Uphold the Creator's Law form.

### Qualification Merits of Law in Regards to Trespass Concerning man, woman, People

Law of our Creator is recognized as Supreme and summarized by the following:

1. Do no wrong or harm; Trespass; against another man or woman or people.

2. Do no damage to property that belongs to another man, woman, or people.

3. Only by consent or contract binds a man or woman or people. That contract must meet the 8 essential elements of a lawful contract to be binding or valid. The contract makes the law.

### Hierarchy of Duties for the Trustees of the People in Regards to Government

1. All duly elected trustees, who have accepted fiduciary duties by and for the People are required by oath to uphold and support The Declaration of Independence and the organic, original Constitution for the united States of America 1789, and Constitution, for the People of Florida 1838.

2. The primary function of government and the trustees is to secure the Rights and Property of man.

3. The duty of the Justice of the Peace is to liberally interpret law and fact in favor of the clearly intended and expressly designated Beneficiary of the Declaration of Independence and the organic, original Constitution for the united States of America 1789, Constitution, for the People of Florida 1838.

4. The Justice of the Peace must decide the merits before him/her in favor of the Beneficiary (man or woman) before him/her, irrespective as to the wisdom or desirability of the decision and irrespective of the consequences from such decision.

5. In a Government of the People, by the People, and for the People, the Justice of the Peace, as disinterested trier of Fact, must present the Law and Fact to the jury of the People in order for them to weigh and measure the merits of the trial/accusation before them, but also to weigh the merits of the Law itself. The jury decides the Law.

## Authorities in Law, Fact and References

1. "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."

(Preamble to the organic, original Constitution for the united States of America, 1789)

2. We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long

established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.--Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.

(Declaration of Independence 1776)

3. In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

(Amendment 6, Bill of Rights)

4. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

(Article 6, Clause 2, Constitution for the united States of America 1789)

5. We, the People of the Territory of Florida, by our Delegates in Convention, assembled at the City of St. Joseph, on Monday the third day of December, A.D. 1838, and of the Independence of the United States the sixty-third year, having and claiming the right of admission into the Union, as one of the United States of America, consistent with the principles of the Federal Constitution, and by virtue of the Treaty of Amity, Settlement, and Limits between the United States of America and the King of Spain, ceding the Provinces of East and West Florida to the United States; in order to secure to ourselves and our posterity the enjoyment of all the rights of life, liberty, and property, and the pursuit of happiness, do mutually agree, each with the other, to form ourselves into a Free and Independent State, by the name of the State of Florida (unincorporated).

ARTICLE I.

Declaration of Rights.

That the great and essential principles of liberty and free government may be recognized and established, we declare:

Section 1. That all freemen, when they form a social compact, are equal; and have certain inherent and indefeasible rights, among which are those of enjoying and defending life and liberty; of acquiring, possessing, and protecting property and reputation; and of pursuing their own happiness.

Section 2. That all political power is inherent in the people, and all free governments are founded on their authority, and established for their benefit; and, therefore, they have, at all times, an inalienable and indefeasible right to alter or abolish their form of government, in such manner as they may deem expedient.

Section 3. That all men have a natural and inalienable right to worship Almighty God according to the dictates of their own conscience; and that no preference shall ever be given by law to any religious establishment, or mode of worship in this State.

Section 6. That the right of trial by jury shall forever remain inviolate.

Section 7. That the people shall be secure in their persons, houses, papers, and possessions from unreasonable seizures and searches; and that no warrant to search any place, or to seize any person or thing, shall issue without describing the place to be searched, and the person or thing to be seized, as nearly as may be, nor without probable cause, supported by oath or affirmation.

Section 8. That no freeman shall be taken, imprisoned, or disseized of his freehold, liberties, or outlawed or exiled, or in any manner destroyed or deprived of his life, liberty, or property, but by the law of the land.

Section 9. That all Courts shall be open, and every person, for an injury done him, in his lands, goods, person, or reputation, shall have remedy by due course of law; and right and justice administered without sale, denial, or delay.

Section 10. That in all criminal prosecutions, the accused hath a right to be heard by himself or counsel, or both; to demand the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor; and in all prosecutions by indictment or presentment a speedy and public trial, by an impartial jury of the County or District, where the offense was committed; and shall not be compelled to give evidence against himself.

Section 15. That in all prosecutions and indictments for libel, the truth may be given in evidence; and if it shall appear to the jury that the libel is true, and published with good motives and for justifiable ends, the truth shall be a justification; and the jury shall be the judges of the law and facts.

Section 18. That retrospective laws, punishing acts committed before the existence of such laws, and by them only declared penal, or criminal, are oppressive, unjust, and incompatible with liberty; wherefore, no ex post facto law shall ever be made.

Section 27. That to guard against transgressions upon the rights of the people, we declare that every thing in this article is excepted out of the general powers of government, and shall forever remain inviolate; and that all laws contrary thereto, or to the following provisions, shall be void.

(Constitution, for the People of Florida 1838)

6. Maxims of Law

- Consent makes the law: the terms of a contract, lawful in its purpose, constitute the law as between the parties.
- One who creates, controls or governs.
- A contract founded on a base and unlawful consideration, or against good morals, is null.
- The presence of the body cures the error in the name; the truth of the name cures an error in the description
- What is expressed renders what is implied silent.
- He who considers merely the letter of an instrument goes but skin deep into its meaning.
- A fiction of law injures no one.
- He who does not repel a wrong when he can, induces it.
- Out of fraud no action arises.
- That which is against Divine Law is repugnant to society and is void.
- Suppression of the truth is equivalent to the expression of what is false.
- Truth is the mother of justice.
- The power which is derived cannot be greater than that from which it is derived.
- The government is to be subject to the law, for the law makes government.

- The law is not to be violated by those in government.

- All law has either been derived from the consent of the people, established by necessity, confirmed by custom, or of Divine Providence.

- Unequal things ought not to be joined.

- A presumption will stand good until the contrary is proved.

- When the plaintiff does not prove his case, the defendant is absolved.

- What is clearly apparent need not be proved.

7. That a constitution should receive a liberal interpretation in favor of a citizen is especially true with respect to the those provisions which were designed to safeguard the liberty and security of the citizen in regard to both person and property. And a constitutional provision intended to confer a benefit should be liberally construed in favor of the clearly intended and expressly designated beneficiaries.

(16 Am Juri 2d., section 97)

8. Since the constitution is intended for the observance of the judiciary as well as other departments of government and the judges are sworn to support its provisions, the courts are not at liberty to overlook or disregard its commands or countenance evasions thereof, it is their duty in authorized proceedings to give full effect to the existing constitution and to obey all
constitutional provisions irrespective of their opinion as to the wisdom or the desirability of such provisions and irrespective of the consequence, thus, it is said that the courts should be in our alert to enforce the provisions of the United States Constitution and guard against their infringement by legislative fiat or otherwise in accordance with these basic principles, the rule is fixed that the duty in the proper case to declare a law unconstitutional cannot be declined and must be performed in accordance with the delivered judgment of the tribunal before which the validity of the enactment it is directly drawn into rule, it is the duty of the courts to declare that the constitution and not the Statute governs in cases before them for judgment."

(16 Am Jur 2d., Sec 155)

9. The general rule is that an unconstitutional statute, whether federal or state, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose, since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it, an unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leave the question that is purports to settle just as it

would be had the statute not been enacted. No repeal of such an enactment is necessary.

Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it. A contract which rests on an unconstitutional statute creates no obligation to be impaired by subsequent legislation.

No one is bound to obey an unconstitutional law and no courts are bound to enforce it...

(16 Am Jur 2d., Sec 256)

10. Jurist Oath
I vow to the God the Father and Creator, in my capacity as jurist, to insure that all public servants uphold the U.S. Constitution and Bill of Prohibitions (Rights); and to carry out all of my deliberating under Natural Law; principled under Justice, Honor, and Mercy; And to strictly adhere to the following two legal maxims:(1) Every right when with-held must have a remedy, and every injury it's proper redress, and (2) In the absence of a victim there can be no crime "corpus delecti", the State cannot be the victim. It is the duty of all the people to share in the governing of them-selves and to secure their government by participating as jurist.

11. The terms Citizen and Person references a Union State Citizen or American National in the original jurisdiction of the Constitution for the united States of America 1789 (unincorporated).

### Merits for Grounds of Disqualification

The Declaration of Independence, the Bill of Rights, the organic, original Constitution for the united States of America 1789(unincorporated), Florida Constitution 1838 and Maxims of Law give basis of interpretation for Grounds of Disqualification in regards to the accusation of UNITED STATES (inc) against the living man victor-sean: of the house and lineage of dennison for the following reasons stated:

1. The UNITED STATES is a legal fiction bringing an action against a living man. The living man victor-sean: of the house and lineage of dennison bears witness that he is not a legal fiction, but is of flesh and blood. Only a living man or woman can bring an accusation or claim against another living man or woman.

2. The Declaration of Independence, the Bill of Rights, and the Constitution for the united States of America 1789(unincorporated) are intended to secure the Rights and property of the man victor-sean: of the house and lineage of dennison and grant the said man a liberal interpretation in his favor.

3. Statutes, codes, regulations, and ordinances apply to corporate government employees and legal fictions. Not to living man, woman, or people.

4. No lawful contract meeting the 8 elements has been brought forth. victor-sean: of the house and lineage of dennision has presented ample evidence of his standing and testifies to the fact he does not consent to being the surety for the legal fiction SEAN DENNISON.

## Conclusion

In conclusion, there is nothing of valid substance to bring before the jury of the People to render a decision. The man victor-sean: of the house and lineage of dennison is to be free in his safe and lawful conduct as granted by the Creator.

Attest this day _twenty seventh of May_
In the year of our Lord Two Thousand Twenty Three

_by: victor-sean: dennison_
by: victor-sean: of the house and lineage of dennison

By: _Luke Brandon Scott_
By: Luke-Brandon: Scott
Union State Citizen functioning in fiduciary capacity of the Organic Trust of 1789
Elected Justice of the Peace for Volusia County Florida, America Republic

"Moreover it is required in stewards that one be found faithful."
(1 Corinthians 4:2)

### Jury Members/Witnesses

by: carlos-luis: colin
by: dawn-marie: manti
by: donald-wayne: bass II, beneficiary
by: majes: cuantum, beneficiary
by: michel: van thielen © US, beneficiary
by: alex: in house pavlov, beneficiary
by: [illegible]
by: wendi-gayle: family of Kern
by: massiel, family of matias, beneficiary
by: david bravin: beneficiary
by: grace-esther: house of strabser
by: [illegible] Scott
by: Lourdes: Fernandez, executor