| Government | X |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

VICTOR SEAN DENNISON

Criminal No. 23-cr-32(TNM)

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESSES |
|---|---|---|---|---|---|
| Series: 100 | PHOTOS | | | | |
| 101 | Map of Restricted Perimeter | 8-27-24 | 8-27-24 | 8-27-24 | Sean Patton |
| 102 | Capitol Building 3D Map | 8-27-2024 | 8-27-2024 | 8-27-2024 | Sean Patton  Lanelle Hawa |
| 103 | Photograph of Capitol | 8-27-24 | 8-27-24 | 8-27-24 | Sean Patton |
| 104 | Photograph of Area Closed Sign 1 | 8-27-24 | 8-27-24 | 8-27-24 | Sean Patton |
| 105 | Photograph of Area Closed Sign 2 | | | | |
| | | | | | |
| Series: 200 | SOCIAL MEDIA | | | | |
| 201 | Dennison Capitol Selfie | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 202 | Dennison Facebook Video | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESSES |
|---|---|---|---|---|---|
| 203 | Photo of Dennison Facebook Video | | | | |
| 204 | Facebook Certificate SeanDennison1 | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 205 | SeanDennison1 Facebook Posts | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 206 | Dennison Parler Posts | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 207 | Driver's License Photo | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 208 | Dennison Facebook Posts (Full) (592135149577550) | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| | | | | | |
| Series 300 | VIDEO | | | | |
| 301 | Capitol Breach Overview | 8-27-24 | 8-27-24 | 8-27-24 | Sean Patton |
| 302 | CCTV Motorcade Moving East Side of Capitol | 8-27-24 | 8-27-24 | 8-27-24 | Lanelle Hawa |
| 303 | CCTV movement of VP Pence | 8-27-24 | 8-27-24 | 8-27-24 | Lanelle Hawa |
| 304 | Dennison Climbing Stairs | 8-27-24 | 8-27-24 | 8-27-24 | Sean Patton |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESSES |
|---|---|---|---|---|---|
| 304A | Dennison Climbing Stairs (0176-SD-3466303_0000050_1A0000028_0000001)-Lit-Tech-Edit | | | | |
| 304B | Dennison Climbing Stairs (0176-SD-3466303_0000050_1A0000028_0000001)-Lit-Tech-Edit-slowed-down | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 305 | CCTV Footage of Corridor | | | | |
| 305A | CCTV Footage of Corridor (With Time Stamp) | 8-27-24 | 8-27-24 | 8-27-24 | Sean Patton |
| 305B | CCTV Footage of Corridor (With Time Stamp)-Lit-Tech-Edit | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 306 | 3rd Party Video of Senate Wing | 8-27-24 | 8-27-24 | 8-27-24 | Sean Patton |
| 306A | 3rd Party Video of Senate Wing (0176-SD-3466303_0000055_1A0000032_0000002)-Lit-Tech-Edit | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 307 | Video of Stomping On Photos | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 308 | CCTV Footage of Staircase | 8-27-24 | 8-27-24 | 8-27-24 | Sean Patton |
| 308A | CCTV Footage of Staircase (With Time Stamp) | | | | |
| 308B | CCTV Footage of Staircase (With Time Stamp)-Lit-Tech-Edit | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 309 | Stop the Steal Video | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESSES |
|---|---|---|---|---|---|
| 310 | West Roof | | | | |
| | | | | | |
| Series 400: | GOVERNMENT DOCUMENTS | | | | |
| 401 | Head of State Cover Email | 8-27-24 | 8-27-24 | 8-27-24 | Lanelle Hawa |
| 402 | Head of State Worksheet | 8-27-24 | 8-27-24 | 8-27-24 | Lanelle Hawa |
| 403 | Closure of West Front Police Order | 8-27-24 | 8-27-24 | 8-27-24 | Sean Patton |
| 404 | Ground Closure Public Announcement | 8-27-24 | 8-27-24 | 8-27-24 | Sean Patton |
| 405 | Record of 2021 Dennison Interview | | | | |
| | | | | | |
| Series 500: | DENNISON PHONE | | | | |
| 501 | Scaffolding | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 502 | Area Closed | 8-27-24 | 8-27-24 | 8-27-24 | Sean Patton / Arnesha Bahn |
| 503 | Pelosi Sign | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESSES |
|---|---|---|---|---|---|
| 504 | Biden Social Media Post | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 505 | Scoped Cellebrite Report | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
|  |  |  |  |  |  |
| Series 600: | RECORDS, ORDERS, & TRANSCRIPTS |  |  |  |  |
| 601 | ECF 010 - Conditions of Release | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 602 | ~~March 3, 2025~~ Status Conference Transcript March 15, 2023 | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 603 | June ~~25~~ 5, 2023 Trial Transcript |  |  |  |  |
| 604 | February 21, 2023 Status Conference Transcript | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 605 | ECF 023 - Dennison Letter | 8-27-24 | — | — | Arnesha Bahn |
| 606 | ECF 027 - Executed Arrest Warrant | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 607 | Dennison Bank Statement | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 608 | Flight of Victor Sean Dennison-Map | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
| 609 | 18 USC 1752 Statute |  |  |  |  |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESSES |
|---|---|---|---|---|---|
| 610 | ECF 006 - Information | 8-27-24 | 8-27-24 | 8-27-24 | Arnesha Bahn |
|  |  |  |  |  |  |
| Series 700: |  |  |  |  |  |
| 701 | INTENTIONALLY LEFT BLANK |  |  |  |  |
| Series 800: |  |  |  |  |  |
| 801 | INTENTIONALLY LEFT BLANK |  |  |  |  |
| Series 900: |  |  |  |  |  |
| 901 | INTENTIONALLY LEFT BLANK |  |  |  |  |