| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

United States of America

**VS.**

Victor Sean Dennison

Civil/Criminal No. 23-cr-32 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | ~~EXHIBITS SENT INTO JURY (date & time)~~ |
|---|---|---|---|---|---|
| 1 | Photo - Living Off-Grid | 8/27/2024 | 8/27/2024 | Arnesha Bahn | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |