APPEAL,CAP,CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:23−cr−00032−TNM−1
*Internal Use Only*

Case title: USA v. DENNISON

Magistrate judge case number: 1:23−mj−00011−GMH

Date Filed: 01/30/2023

Assigned to: Judge Trevor N. McFadden

**Defendant (1)**

**VICTOR SEAN DENNISON**   represented by   **Michelle M. Peterson**
FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208−7500 ext 125
Fax: (202) 208−7515
Email: shelli_peterson@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Ubong E. Akpan**
FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208−7500
Fax: (202) 208−7515
Email: ubong_akpan@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                            **Disposition**

18 U.S.C. 1752(a)(1);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Entering and
Remaining in a Restricted Building

| | |
|---|---|
| or Grounds<br>(1) | |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds<br>(1s) | Defendant sentenced to a term of Thirty (30) Days of Incarceration on Counts 1s, 2s, 3s, 4s each and One Hundred Fifty (150) Days of Incarceration on Count 5s. The sentences imposed on Counts 1s through 4s will run concurrently to each other, but consecutively to the sentence imposed on Count 5s, followed by a term of Twelve (12) Months of Supervised Release on Counts 1s, 2s, and 5s, to run concurrently. Special Assessment of $25 imposed on Counts 1s, 2s, and 5s, and $10 imposed on Counts 3s and 4s, for a total of $95. |
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br>(2) | |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br>(2s) | Defendant sentenced to a term of Thirty (30) Days of Incarceration on Counts 1s, 2s, 3s, 4s each and One Hundred Fifty (150) Days of Incarceration on Count 5s. The sentences imposed on Counts 1s through 4s will run concurrently to each other, but consecutively to the sentence imposed on Count 5s, followed by a term of Twelve (12) Months of Supervised Release on Counts 1s, 2s, and 5s, to run concurrently. Special Assessment of $25 imposed on Counts 1s, 2s, and 5s, and $10 imposed on Counts 3s and 4s, for a total of $95. |
| 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building or Grounds<br>(3) | |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building or Grounds<br>(3s) | Defendant sentenced to a term of Thirty (30) Days of Incarceration on Counts 1s, 2s, 3s, 4s each and One Hundred Fifty (150) Days of Incarceration on Count 5s. The sentences imposed on Counts 1s through 4s will run concurrently to each other, but consecutively to the sentence imposed on Count 5s, followed by a term of Twelve (12) Months of Supervised Release on Counts 1s, 2s, and 5s, to run concurrently. Special Assessment of $25 imposed on Counts 1s, 2s, and 5s, and $10 imposed on Counts 3s and 4s, for a total of $95. |

| | |
|---|---|
| 40 U.S.C. 5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building<br>(4) | |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building<br>(4s) | Defendant sentenced to a term of Thirty (30) Days of Incarceration on Counts 1s, 2s, 3s, 4s each and One Hundred Fifty (150) Days of Incarceration on Count 5s. The sentences imposed on Counts 1s through 4s will run concurrently to each other, but consecutively to the sentence imposed on Count 5s, followed by a term of Twelve (12) Months of Supervised Release on Counts 1s, 2s, and 5s, to run concurrently. Special Assessment of $25 imposed on Counts 1s, 2s, and 5s, and $10 imposed on Counts 3s and 4s, for a total of $95. |
| 18:3146(a)(1); PENALTY FOR FAILURE TO APPEAR; Failure to Appear<br>(5s) | Defendant sentenced to a term of Thirty (30) Days of Incarceration on Counts 1s, 2s, 3s, 4s each and One Hundred Fifty (150) Days of Incarceration on Count 5s. The sentences imposed on Counts 1s through 4s will run concurrently to each other, but consecutively to the sentence imposed on Count 5s, followed by a term of Twelve (12) Months of Supervised Release on Counts 1s, 2s, and 5s, to run concurrently. Special Assessment of $25 imposed on Counts 1s, 2s, and 5s, and $10 imposed on Counts 3s and 4s, for a total of $95. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in VIOLATION of 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(G) | |

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **Brendan Ballou** <br> DOJ–USAO <br> 950 Constitution Avenue NW <br> Washington, DC 20530 <br> 202–431–8493 <br> Email: brendan.ballou–kelley@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* <br><br> **Elizabeth Nash Eriksen** <br> DOJ–CRM <br> 1301 New York Avenue <br> 8th Floor <br> Washington, DC 20005 <br> 202–616–4385 <br> Email: elizabeth.eriksen2@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2023 | 1 | COMPLAINT as to VICTOR SEAN DENNISON (1). (Attachments: # 1 Statement of Facts) (zltp) [1:23–mj–00011–GMH] (Entered: 01/13/2023) |
| 01/12/2023 | 3 | MOTION to Seal Case by USA as to VICTOR SEAN DENNISON. (Attachments: # 1 Text of Proposed Order)(zltp) [1:23–mj–00011–GMH] (Entered: 01/13/2023) |
| 01/12/2023 | 4 | ORDER granting 3 Motion to Seal Case as to VICTOR SEAN DENNISON (1). Signed by Magistrate Judge G. Michael Harvey on 1/12/2023. (zltp) [1:23–mj–00011–GMH] (Entered: 01/13/2023) |
| 01/13/2023 | | Arrest of VICTOR SEAN DENNISON in California. (zstd) [1:23–mj–00011–GMH] (Entered: 01/30/2023) |
| 01/13/2023 | 5 | Arrest Warrant, dated 1/12/2023, Returned Executed on 1/13/2023 as to VICTOR SEAN DENNISON. (zstd) [1:23–mj–00011–GMH] (Entered: 01/30/2023) |
| 01/13/2023 | | Case unsealed as to VICTOR SEAN DENNISON (zstd) [1:23–mj–00011–GMH] (Entered: 01/30/2023) |
| 01/30/2023 | 6 | INFORMATION as to VICTOR SEAN DENNISON (1) count(s) 1, 2, 3, 4. (zltp) (Entered: 01/31/2023) |
| 01/31/2023 | 8 | STANDING ORDER as to VICTOR SEAN DENNISON. The parties are hereby ORDERED to read and comply with the directives in the attached standing order. Signed by Judge Trevor N. McFadden on 1/31/2023. (lctnm1) (Entered: 01/31/2023) |
| 02/01/2023 | 9 | NOTICE OF ATTORNEY APPEARANCE Elizabeth Nash Eriksen appearing for USA. (Eriksen, Elizabeth) (Entered: 02/01/2023) |
| 02/03/2023 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER as to Defendant: It is hereby ORDERED that Defendant appear for an initial appearance on 2/7/2023 at 1:00 p.m. before Magistrate Judge Robin M. Meriweather. The hearing will be conducted by video teleconference; call–in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202–354–3083. Signed by Magistrate Judge Robin M. Meriweather on 2/3/2023. (zcll) (Entered: 02/03/2023) |
| 02/07/2023 | | ORAL MOTION for Speedy Trial by USA as to VICTOR SEAN DENNISON. (zcll) (Entered: 02/08/2023) |
| 02/07/2023 | | Minute Entry for proceedings held before Magistrate Judge Robin M. Meriweather: First Appearance in the District as to VICTOR SEAN DENNISON held on 2/7/2023. Defendant present by video. The Court advised the Government of its due process obligation under Rule 5(f). FPD Remy Bogna & Blake Eaton present for purposes of todays hearing. Oral Motion by VICTOR SEAN DENNISON to represent himself PRO SE; heard. Assigned District Judge Trevor N. McFadden will address the motion for PRO SE at the status hearing scheduled for 2/9/2023. Oral Motion by the Government for Speedy Trial as to VICTOR SEAN DENNISON; heard and granted. Speedy Trial is excluded from 2/7/2023 to 2/9/2023 in the Interest of Justice (XT). Status hearing set for 2/9/2023 at 10:00 AM by Telephonic/VTC before Judge Trevor N. McFadden. Bond Status of Defendant: Defendant Remains on Personal Recognizance; Court Reporter: FTR GOLD; FTR Time Frame: CTRM 7 [1:43:28 – 2:11:12 & 3:34:37 – 3:54:28]; Defense Attorney: Remy Bogna & Blake Eaton; US Attorney: Fred Yette for Brendan Ballou; Pretrial Officer: Katrina Stanford. (zcll) (Entered: 02/08/2023) |
| 02/07/2023 | | MINUTE ORDER: As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge Robin M. Meriweather on 2/7/2023. (zcll) (Entered: 02/08/2023) |
| 02/07/2023 | 10 | ORDER Setting Conditions of Release as to VICTOR SEAN DENNISON (1) Personal Recognizance. Signed by Magistrate Judge Robin M. Meriweather on 2/7/2023. (Attachments: # 1 Appearance Bond) (zcll) (Entered: 02/09/2023) |
| 02/09/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to VICTOR SEAN DENNISON held via videoconference on 2/9/2023. Defendant agreed to proceed via video for this hearing. Defendant was not arraigned. Arraignment set for 2/17/2023 at 2:30 PM in Courtroom 2– In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 2/9/2023 to 2/17/2023, in the interests of justice. Attorney Remy Bogna is not required to appear for the arraignment. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Remy Bogna (standby); US Attorneys: Brendan Ballou, Elizabeth N. Eriksen; Court Reporter: Lisa Edwards. (hmc) (Entered: 02/09/2023) |
| 02/17/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Case called for an Arraignment, but not held. Status Conference as to VICTOR SEAN DENNISON |

| | | |
|---|---|---|
| | | held on 2/17/2023. Defendant was remanded to the custody of the U.S. Marshals. Arraignment set for 2/21/2023 at 9:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Bond Status of Defendant: Committed/Commitment Issued. Defense Attorney: Diane Shrewsbury (standby); US Attorney: Elizabeth N. Eriksen; Court Reporter: Lisa Edwards. (hmc) (Entered: 02/17/2023) |
| 02/21/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment as to VICTOR SEAN DENNISON held on 2/21/2023. Defendant arraigned on Counts 1, 2, 3, 4. Plea of Not Guilty entered as to all counts. Defendant permitted to represent himself. Federal Public Defender appointed to serve as standby counsel. Defendant released under the same conditions of release imposed in magistrate court. Pretrial Conference set for 6/5/2023 in Courtroom 2 before Judge Trevor N. McFadden. Jury Selection/Jury Trial set for 6/5/2023 in Courtroom 2 before Judge Trevor N. McFadden. VTC Status Conference set for 3/15/2023 at 1:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 2/21/2023 to 6/5/2023, in the interests of justice. Bond Status of Defendant: Released on Personal Recognizance. Defense Attorney: Michelle M. Peterson (standby); US Attorneys: Elizabeth N. Eriksen, Brendan Ballou; Court Reporter: Lisa Edwards. (hmc) (Entered: 02/21/2023) |
| 02/21/2023 | 12 | NOTICE OF ATTORNEY APPEARANCE: Michelle M. Peterson appearing for VICTOR SEAN DENNISON (Peterson, Michelle) (Entered: 02/21/2023) |
| 02/21/2023 | 13 | NOTICE *of Filing* by VICTOR SEAN DENNISON (Attachments: # 1 Exhibit, # 2 Exhibit)(Peterson, Michelle) (Entered: 02/21/2023) |
| 02/21/2023 | 14 | MOTION for Protective Order by USA as to VICTOR SEAN DENNISON. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Ballou, Brendan) (Entered: 02/21/2023) |
| 02/22/2023 | 15 | Unopposed MOTION to Modify Conditions of Release by VICTOR SEAN DENNISON. (Attachments: # 1 Text of Proposed Order)(Peterson, Michelle) (Entered: 02/22/2023) |
| 02/24/2023 | | MINUTE ORDER as to VICTOR SEAN DENNISON: Defendant's 15 Motion to Modify Conditions of Supervision is granted. Defendant may reside in Deland, Florida while awaiting trial. SO ORDERED. Signed by Judge Trevor N. McFadden on 2/24/2023. (lctnm1) (Entered: 02/24/2023) |
| 03/09/2023 | 16 | ORDER granting 14 Motion for Protective Order as to VICTOR SEAN DENNISON (1). See attached Order for details. Signed by Judge Trevor N. McFadden on 3/9/2023. (lctnm1) (Entered: 03/09/2023) |
| 03/13/2023 | 17 | NOTICE OF ATTORNEY APPEARANCE: Ubong E. Akpan appearing for VICTOR SEAN DENNISON *as Co−Counsel* (Akpan, Ubong) (Entered: 03/13/2023) |
| 03/15/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to VICTOR SEAN DENNISON held via videoconference on 3/15/2023. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Ubong E. Akpan, Michelle M. Peterson; US Attorneys: Brendan Ballou, Elizabeth N. Eriksen; Court Reporter: Lisa Moreira. (hmc) (Entered: 03/15/2023) |
| 03/15/2023 | | MINTUE ORDER as to VICTOR SEAN DENNISON. The Pretrial Conference currently set for 6/5/2023 is set for 9:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. The Jury Selection/Jury Trial currently set for 6/5/2023 is set for |

|  |  |  |
|---|---|---|
|  |  | 10:30 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. SO ORDERED. Signed by Judge Trevor N. McFadden on 3/15/2023. (hmc) (Entered: 03/15/2023) |
| 04/24/2023 | 19 | MOTION in Limine *to Preclude Certain Defense Arguments and Evidence* by USA as to VICTOR SEAN DENNISON. (Attachments: # 1 Exhibit Declaration of Thomas A. DiBiase)(Ballou, Brendan) (Entered: 04/24/2023) |
| 05/08/2023 | 25 | LEAVE TO FILE DENIED – Victor Dennison; Letter as to VICTOR SEAN DENNISON This document is unavailable as the Court denied its filing. "Not a Motion or Otherwise appropriate for docket" Signed by Judge Trevor N. McFadden on 5/8/2023. (zltp) (Entered: 11/22/2023) |
| 05/19/2023 | 20 | MOTION for Hearing *on Case Status* by USA as to VICTOR SEAN DENNISON. (Eriksen, Elizabeth) (Entered: 05/19/2023) |
| 05/19/2023 |  | MINUTE ORDER DENYING Motion for Hearing on Case Status, but instructing the Government that they need not have any witnesses available for the first day of trial, June 5. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/19/2023. (lctnm3) (Entered: 05/19/2023) |
| 05/22/2023 | 21 | Proposed Jury Instructions by USA as to VICTOR SEAN DENNISON (Ballou, Brendan) (Entered: 05/22/2023) |
| 05/23/2023 |  | MINUTE ORDER as to VICTOR SEAN DENNISON: The Government's 19 Motion in Limine to Preclude Certain Defense Arguments and Evidence is granted as unopposed. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/23/2023. (lctnm1) (Entered: 05/23/2023) |
| 05/25/2023 |  | MINUTE ORDER as to VICTOR SEAN DENNISON: If Defendant would like to propose jury instructions, he must do so by June 2, 2023. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/25/2023. (lctnm1) (Entered: 05/25/2023) |
| 05/25/2023 |  | Set/Reset Deadlines as to VICTOR SEAN DENNISON: Defendant's proposed jury instructions due by 6/2/2023. (hmc) (Entered: 05/25/2023) |
| 06/05/2023 |  | Minute Entry for proceedings held before Judge Trevor N. McFadden: Case called for a Jury Trial, but not held. Status Conference as to VICTOR SEAN DENNISON held on 6/5/2023. Defendant failed to appear. Oral order of the Court to issue a bench warrant. Bond Status of Defendant: defendant not present. Defense Attorney: Pro Se, Ubong E. Akpan (standby); US Attorneys: Elizabeth N. Eriksen, Brendan Ballou; Court Reporter: Lisa Edwards. (hmc) (Entered: 06/05/2023) |
| 06/05/2023 | 23 | E–mail Correspondence by VICTOR SEAN DENNISON. "FIAT" by Judge Trevor N. McFadden on 6/5/2023. (zltp) (Entered: 06/07/2023) |
| 06/16/2023 | 24 | Leave to file GRANTED as to VICTOR SEAN DENNISON. Letter from Defendant. Signed by Judge Trevor N. McFadden on 6/16/2023. (lctnm1) (Entered: 06/16/2023) |
| 01/26/2024 | 26 | Case as to VICTOR SEAN DENNISON directly reassigned to Calendar Committee as the defendant is a fugitive. Judge Trevor N. McFadden is no longer assigned to the case. (rj) (Entered: 01/26/2024) |
| 04/22/2024 |  | Arrest of VICTOR SEAN DENNISON in Florida. (zstd) (Entered: 05/03/2024) |
| 04/22/2024 | 27 | Arrest Warrant, dated 6/5/2023, Returned Executed on 4/22/2024 as to VICTOR SEAN DENNISON. (zstd) (Entered: 05/03/2024) |

| | | |
|---|---|---|
| 04/30/2024 | 28 | Rule 5(c)(3) Documents Received as to VICTOR SEAN DENNISON from United States District Court for the Middle District of Florida (Tampa) Case Number 8:24−mj−01627 (zstd) (Entered: 05/03/2024) |
| 05/07/2024 | | Case as to VICTOR SEAN DENNISON directly reassigned to Judge Trevor N. McFadden. Calendar Committee is no longer assigned to the case. (ztnr) (Entered: 05/07/2024) |
| 05/08/2024 | 29 | LETTER from Mother as to VICTOR SEAN DENNISON. "Leave to file GRANTED" by Judge Trevor N. McFadden on 5/8/2024. (zltp) (Entered: 05/15/2024) |
| 05/14/2024 | 30 | SUPERSEDING INFORMATION as to VICTOR SEAN DENNISON (1) count(s) 1s, 2s, 3s, 4s, 5s. (zljn) (Entered: 05/23/2024) |
| 05/15/2024 | | Minute Entry for proceedings held before Magistrate Judge Moxila A. Upadhyaya: Status Hearing as to VICTOR SEAN DENNISON held on 5/15/2024. Defendant present in the courtroom. Diane Shrewsbury standing in for Ubong Akpan for the purposes of today's proceedings. Status Conference set for 5/23/2024 at 2:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: FTR− GOLD; FTR Time Frame: CRTM 5: 12:35:25−12:50:09]; Defense Attorney: Victor Dennison− Pro Se & Diane Shrewsbury for Ubong Akpan− Stand By; US Attorney: Brendan Ballou; Pretrial Officer: Christopher Tynes. (znjb) (Entered: 05/16/2024) |
| 05/23/2024 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to VICTOR SEAN DENNISON held on 5/23/2024. Defendant arraigned on Counts 1, 2, 3, 4, 5 of the Superseding Information. The Court entered a plea of Not Guilty on behalf of the defendant as to all counts. Government's motion to terminate the defendant's self−representation due by 6/6/2024; Defendant's opposition due by 6/27/2024; Government's reply due by 7/5/2024. Trial motions, 404(b) notices and expert notices due by 7/15/2024; oppositions due by 8/5/2024; replies due by 8/19/2024. Joint proposed voir dire and joint proposed jury instructions due by 8/19/2024. Jury Selection/Jury Trial set for 8/26/2024 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Pretrial Conference set for 8/22/2024 at 2:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Status Conference set for 7/12/2024 at 2:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Time under the Speedy Trial Act tolled, over the presumed objection of the Defendant, from 5/23/2024 to 7/12/2024, in the interest of justice. Bond Status of Defendant: Committed/Commitment Issued. Defense Attorney: pro se, Ubong E. Akpan (stand by); US Attorneys: Brendan Ballou, Elizabeth N. Eriksen; Court Reporter: Lisa Edwards. (hmc) (Entered: 05/24/2024) |
| 05/29/2024 | 32 | TRANSCRIPT OF STATUS CONFERENCE in case as to VICTOR SEAN DENNISON before Judge Trevor N. McFadden held on February 9, 2023; Page Numbers: 1−9. Date of Issuance: May 29, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/19/2024. Redacted Transcript Deadline set for 6/29/2024. Release of Transcript Restriction set for 8/27/2024.(Edwards, Lisa) (Entered: 05/29/2024) |
| 05/29/2024 | 33 | TRANSCRIPT OF STATUS CONFERENCE in case as to VICTOR SEAN DENNISON before Judge Trevor N. McFadden held on February 17, 2023; Page Numbers: 1−6. Date of Issuance: May 29, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/19/2024. Redacted Transcript Deadline set for 6/29/2024. Release of Transcript Restriction set for 8/27/2024.(Edwards, Lisa) (Entered: 05/29/2024) |
| 05/29/2024 | 34 | TRANSCRIPT OF ARRAIGNMENT in case as to VICTOR SEAN DENNISON before Judge Trevor N. McFadden held on February 21, 2023; Page Numbers: 1−41. Date of Issuance: May 29, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/19/2024. Redacted Transcript Deadline set for 6/29/2024. |

| | | |
|---|---|---|
| | | Release of Transcript Restriction set for 8/27/2024.(Edwards, Lisa) (Entered: 05/29/2024) |
| 05/29/2024 | 35 | TRANSCRIPT OF STATUS CONFERENCE in case as to VICTOR SEAN DENNISON before Judge Trevor N. McFadden held on June 5, 2023; Page Numbers: 1–6. Date of Issuance: May 29, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/19/2024. Redacted Transcript Deadline set for 6/29/2024. Release of Transcript Restriction set for 8/27/2024.(Edwards, Lisa) (Entered: 05/29/2024) |
| 06/06/2024 | 36 | MOTION for Order On Pro Se Representation by USA as to VICTOR SEAN DENNISON. (Ballou, Brendan) (Entered: 06/06/2024) |
| 06/10/2024 | 37 | LEAVE TO FILE DENIED– Writ of Discovery and Notice of Subrogation as to VICTOR SEAN DENNISON This document is unavailable as the Court denied its filing. Signed by Judge Trevor N. McFadden on 6/10/2024. (zstd) (Entered: 06/11/2024) |
| 06/25/2024 | | NOTICE OF RESCHEDULED HEARING as to VICTOR SEAN DENNISON.The parties shall take notice that the Status Conference presently set for 7/12/2024, is rescheduled to 7/15/2024 at 10:30 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. (hmc) (Entered: 06/25/2024) |
| 06/27/2024 | 38 | LEAVE TO FILE DENIED– Docket Sheets and Information as to VICTOR SEAN DENNISON This document is unavailable as the Court denied its filing. Signed by Judge Trevor N. McFadden on 6/27/2024. (zstd) (Entered: 06/27/2024) |
| 07/02/2024 | 39 | LEAVE TO FILE DENIED– Docket Sheets etc. as to VICTOR SEAN DENNISON This document is unavailable as the Court denied its filing. Party notified via mail. "Leave to file DENIED." Signed by Judge Trevor N. McFadden on 07/02/2024. (zljn) (Entered: 07/02/2024) |
| 07/15/2024 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to VICTOR SEAN DENNISON held on 7/15/2024. Government's 36 Motion for Order on Pro Se Representation, GRANTED. The Count terminates the defendant's ability to represent himself and appoints Attorney Akpan to represent the defendant. Defendant's oral motion to continue Jury Trial from 8/26/2024 to 8/27/2024, GRANTED. Jury Selection/Jury Trial rescheduled to 8/27/2024 at 9:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: |

| | | |
|---|---|---|
| | | Committed/Commitment Issued. Defense Attorney: Ubong E. Akpan; US Attorneys: Brendan Ballou, Elizabeth N. Eriksen; Court Reporter: Lisa Edwards. (hmc) (Entered: 07/15/2024) |
| 07/15/2024 | 40 | LEAVE TO FILE DENIED– VICTOR SEAN DENNISON; Letter to court. This document is unavailable as the Court denied its filing. "Leave to file DENIED."Signed by Judge Trevor N. McFadden on 07/15/2024. (zljn) (Entered: 07/16/2024) |
| 07/23/2024 | 41 | LEAVE TO FILE DENIED– Motion to Terminate Pro Se Representation as to VICTOR SEAN DENNISON. This document is unavailable as the Court denied its filing. "Leave to file Denied. See Fed R Crim P49(b)(f)" signed by Judge Trevor N. McFadden on 7/23/2024. (zstd) (Entered: 07/24/2024) |
| 08/02/2024 | 42 | Unopposed MOTION for Speedy Trial *Tolling* by USA as to VICTOR SEAN DENNISON. (Ballou, Brendan) (Entered: 08/02/2024) |
| 08/02/2024 | 43 | LEAVE TO FILE DENIED: Victor Dennison; Motion to Release Subrogee from Detention as to VICTOR SEAN DENNISON. This document is unavailable as the Court denied its filing. "Leave to file DENIED. See FedRCrmP 49(b)(4)." Signed by Judge Trevor N. McFadden on 8/2/2024. (zltp) (Entered: 08/02/2024) |
| 08/05/2024 | | MINUTE ORDER as to VICTOR SEAN DENNISON (1): In the interest of justice, and to afford the Government and Defendant sufficient time to prepare for trial in light of voluminous discovery, the Government's 42 Unopposed Motion to Toll Speedy Trial Act is GRANTED. Time under the Speedy Trial Act is tolled from 7/12/2024 to 8/27/2024. SO ORDERED. Signed by Judge Trevor N. McFadden on 08/05/2024. (lctnm1) (Entered: 08/05/2024) |
| 08/19/2024 | 44 | Proposed Jury Instructions by USA as to VICTOR SEAN DENNISON (Ballou, Brendan) (Entered: 08/19/2024) |
| 08/22/2024 | 45 | MOTION to Dismiss Count *One and Two* by VICTOR SEAN DENNISON. (Akpan, Ubong) (Entered: 08/22/2024) |
| 08/22/2024 | 46 | MOTION to Dismiss Count *Four* by VICTOR SEAN DENNISON. (Akpan, Ubong) (Entered: 08/22/2024) |
| 08/22/2024 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Pretrial Conference as to VICTOR SEAN DENNISON held on 8/22/2024. Government's response to Defendant's 45 Motion to Dismiss Count One and Two and 46 Motion to Dismiss Count Four due by noon on 8/26/2024. Jury Trial converted to Bench Trial and set for 8/27/2024 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Committed/Commitment Issued. Defense Attorney: Ubong E. Akpan; US Attorneys: Brendan Ballou, Elizabeth N. Eriksen; Court Reporter: Chandra Kean. (hmc) (Entered: 08/23/2024) |
| 08/22/2024 | 47 | WAIVER of Trial by Jury as to VICTOR SEAN DENNISON. Approved by Judge Trevor N. McFadden on 8/22/2024. (hmc) (Entered: 08/23/2024) |
| 08/25/2024 | 48 | Memorandum in Opposition by USA as to VICTOR SEAN DENNISON re 45 Motion to dismiss count(s), 46 Motion to dismiss count(s) (Ballou, Brendan) (Entered: 08/25/2024) |
| 08/26/2024 | 49 | TRIAL BRIEF by USA as to VICTOR SEAN DENNISON (Attachments: # 1 Exhibit List)(Ballou, Brendan) (Entered: 08/26/2024) |

| | | |
|---|---|---|
| 08/27/2024 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to VICTOR SEAN DENNISON began and held on 8/27/2024. Defendant's 45 Motion to Dismiss Count One and Two, denied. Defendant's 46 Motion to Dismiss Count Four, denied. Defendant's oral motion for judgment of acquittal, heard and denied. Oral Ruling set for 8/28/2024 at 3:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Committed/Commitment Issued. Defense Attorney: Ubong E. Akpan; US Attorneys: Brendan Ballou, Elizabeth N. Eriksen; Court Reporter: Lisa Edwards. Government Witnesses: Captain Sean Patton, Inspector Lanelle Hawa, Agent Arnesha Bahn.(hmc) (Entered: 08/27/2024) |
| 08/27/2024 | 50 | Right to Testify by VICTOR SEAN DENNISON. (hmc) (Entered: 08/27/2024) |
| 08/27/2024 | 51 | EXHIBIT LIST by USA as to VICTOR SEAN DENNISON. (hmc) (Entered: 08/27/2024) |
| 08/27/2024 | 52 | EXHIBIT LIST by VICTOR SEAN DENNISON. (hmc) (Entered: 08/27/2024) |
| 08/28/2024 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Oral Ruling and Sentencing as to VICTOR SEAN DENNISON held on 8/28/2024. Verdict of Guilty rendered by the Court as to Counts 1s, 2s, 3s, 4s, 5s. Defendant sentenced to a term of Thirty (30) Days of Incarceration on Counts 1s, 2s, 3s, 4s each, and One Hundred Fifty (150) Days of Incarceration on Count 5s. The sentences imposed on Counts 1s through 4s will run concurrently to each other, but consecutively to the sentence imposed on Count 5s, followed by a term of Twelve (12) Months of Supervised Release on Counts 1s, 2s, and 5s, to run concurrently. Special Assessment of $25 imposed on Counts 1s, 2s, and 5s, and $10 imposed on Counts 3s and 4s, for a total of $95. Bond Status of Defendant: Committed/Commitment Issued. Defense Attorney: Ubong E. Akpan; US Attorneys: Brendan Ballou, Elizabeth N. Eriksen; Probation Officer: Crystal Lustig; Court Reporter: Lisa Edwards. (Entered: 08/28/2024) |
| 08/28/2024 | 53 | JUDGMENT as to VICTOR SEAN DENNISON. Statement of Reasons Not Included. Signed by Judge Trevor N. McFadden on 8/28/2024. (zstd) (Entered: 08/29/2024) |
| 08/28/2024 | 54 | STATEMENT OF REASONS as to VICTOR SEAN DENNISON re 53 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Trevor N. McFadden on 8/28/2024. (zstd) (Entered: 08/29/2024) |
| 09/04/2024 | 55 | NOTICE OF APPEAL – Final Judgment by VICTOR SEAN DENNISON Fee Status: No Fee Paid. Parties have been notified. (Akpan, Ubong) (Entered: 09/04/2024) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| vs. | : | Case No.: 23-cr-00032 (TNM) |
| **VICTOR SEAN DENNISON,** | : | |
| Defendant. | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**   VICTOR SEAN DENNISON

**Name and address of appellant's attorney:**   Ubong Akpan
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense:** 18:1752(A)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering And Remaining In A Restricted Building Or Grounds; 18:1752(A)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly And Disruptive Conduct In A Restricted Building Or Grounds; 40:5104(E)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct In A Capitol Building Or Grounds; 40:5104(E)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, Or Picketing In A Capitol Building; 18:3146(A)(1); PENALTY FOR FAILURE TO APPEAR; Failure To Appear.

**Concise statement of judgment or order, giving date, and any sentence:** Verdict of Guilty rendered by the Court as to Counts 1s, 2s, 3s, 4s, 5s. Defendant sentenced to a term of Thirty (30) Days of Incarceration on Counts 1s, 2s, 3s, 4s each, and One Hundred Fifty (150) Days of Incarceration on Count 5s. The sentences imposed on Counts 1s through 4s will run concurrently to each other, but consecutively to the sentence imposed on Count 5s, followed by a term of Twelve (12) Months of Supervised Release on Counts 1s, 2s, and 5s, to run concurrently. Special Assessment of $25 imposed on Counts 1s, 2s, and 5s, and $10 imposed on Counts 3s and 4s, for a total of $95.

**Name of institution where now confined, if not on bail:**   Central Detention Facility
Washington, D.C.

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.


<u>September 4, 2024</u>                                                                      <u>Victor Sean Dennison</u>
DATE                                                                                                      APPELLANT

| | |
|---|---|
| CJA, NO FEE     FPD | <u>Ubong Akpan</u> |
| PAID USDC FEE   NO | ATTORNEY FOR APPELLANT |
| PAID USCA FEE   NO | |

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| VICTOR SEAN DENNISON | ) | Case Number: 23-cr-32 (TNM) |
| | ) | USM Number: 39995-510 |
| | ) | Ubong E. Akpan |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)   1s, 2s, 3s, 4s, 5s, of the Suerpseding Information filed on 5/14/2024
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 1s |
| 18 USC § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | 1/6/2021 | 2s |

The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/28/2024
Date of Imposition of Judgment

*/s/ TN McFadden*
Signature of Judge

Trevor N. McFadden, USDJ
Name and Title of Judge

8/28/24
Date

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 1A

Judgment—Page __2__ of __6__

DEFENDANT: VICTOR SEAN DENNISON
CASE NUMBER: 23-cr-32 (TNM)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building or Grounds | 1/6/2021 | 3s |
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 4s |
| 18 USC § 3146(a)(1) | Failure to Appear | 6/5/2023 | 5s |

Judgment — Page __3__ of __6__

DEFENDANT: VICTOR SEAN DENNISON
CASE NUMBER: 23-cr-32 (TNM)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
THIRTY (30) DAYS on Counts 1s, 2s, 3s, 4s each and ONE HUNDRED FIFTY (150) DAYS on Count 5s. The sentences on Counts 1s, 2s, 3s, 4s shall be concurrent to each other, but consecutive to Count 5s.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____  ☐ a.m.  ☐ p.m.  on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
                      Sheet 3 — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT: VICTOR SEAN DENNISON
CASE NUMBER: 23-cr-32 (TNM)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

TWELVE (12) MONTHS on Counts 1s, 2s, 5s, to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: VICTOR SEAN DENNISON
CASE NUMBER: 23-cr-32 (TNM)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 95.00 | $ | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: VICTOR SEAN DENNISON
CASE NUMBER: 23-cr-32 (TNM)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ **95.00** due immediately, balance due

☐ not later than _____ , or
☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.